NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FEROZ BHOJANI,                          )
                                        )
      Appellant,                       )
                                        )
v.                                      )          Case No. 2D17-4844
                                        )
SOLOMON LAW GROUP, P.A. and             )
A.O.K. LIQUORS & SPIRITS OF TAMPA       )
BAY, INC. a/k/a A.O.K. LIQUORS OF       )
TAMPA BAY, INC., a Florida Corporation, )
                                        )
      Appellees.                       )
_____ )

Opinion filed October 31, 2018.

Appeal from the Circuit Court for
Hillsborough County; Emmett Lamar
Battles, Judge.

Steven Wisotsky of The Reyes Law Firm,
Coral Gables, for Appellant.

Stanford R. Solomon and Gabriel D.
Pinilla of The Solomon Law Group, P.A.,
Tampa, for Appellee Solomon Law Group,
P.A.

No appearance for remaining Appellee.


PER CURIAM.

      Affirmed.

NORTHCUTT, VILLANTI, and MORRIS, JJ., Concur.